UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>ARYA, et al.,<br><br>    Defendants. | No.  2:17-cv-0993 DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of a magistrate judge.  (ECF No. 3.)  In an order filed June 16, 2017, the court held that plaintiff has accrued three strikes under 28 U.S.C. § 1915(g).  (ECF No. 4.)  In an order filed July 6, 2017, the court held that plaintiff does not fall within the imminent danger exception to the three strikes rule and may not proceed in forma pauperis in this case.  (ECF No. 7.)  The court ordered plaintiff to pay the filing fee within fourteen days and warned that his failure to do so would result in dismissal of this action without prejudice.

////

////

////

////

1

The fourteen day period has passed and plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice. <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

Dated: August 1, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/bont0993.fta

2