UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARYA, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0993 JAM DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 1, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 1, 2018, are adopted in full;

2. The court finds plaintiff has accrued three strikes under 28 U.S.C. § 1915(g) for the reasons set forth in the court's June 16, 2017 order (ECF No. 4);

3. The court finds plaintiff has failed to demonstrate that, at the time he filed his complaint, he was in imminent danger of serious physical injury, for the reasons set forth in the July 6, 2017 order (ECF No. 7);

4. The court denies plaintiff's motion to proceed IFP (ECF No. 6); and

5. If plaintiff wishes to proceed with this action, within fourteen days of the date of this order, he must pay the full filing fee of $400. If plaintiff fails to pay these fees, the court will dismiss this action without prejudice.

DATED: June 25, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE