# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:17-cv-0993 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| ARYA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. In an order filed June 26, 2018, this court found plaintiff had accrued three strikes under 28 U.S.C. § 1915(g). (ECF No. 17.) Accordingly, the court denied plaintiff's motion to proceed in forma pauperis and ordered plaintiff to pay the full filing fee of $400. Plaintiff appealed that order. On January 16, 2019, the Ninth Circuit Court of Appeals dismissed plaintiff's appeal. (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of service of this order, plaintiff shall pay the full filing fee of $400 if he wishes to proceed with this case. If plaintiff fails to do so, the court will dismiss this action.

DATED: February 7, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE