UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARYA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0993 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On February 7, 2019, the court ordered plaintiff to pay, within fourteen days, the filing fee of $400 if he wishes to proceed with this action. (ECF No. 22.) Plaintiff was warned that his failure to pay the fee would result in dismissal of this action. Those fourteen days have passed and plaintiff has not paid the fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for plaintiff's failure to pay the filing fee.

DATED: March 27, 2019

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE